IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10666
Summary Calendar
_____


JAIME DOMINGUEZ,

                                        Plaintiff-Appellant,


versus

PETE SKAINS, Sheriff of Tom Green
Co.; ODELL DENTON, Jail Captain;
AARON LANKFORD; SERGIO SOBREDO, JR., Dr.;
JAY PRIETO, Nurse; DAN BLACKWELL, Supv.;
GARY McCOMBS, Supv.; WILLIAM R. MOORE,
County Judge; TOM GREEN COUNTY, TX,
Commissioners CT; VICKI REISNER,


                                        Defendants-Appellees.


_____

Appeal from the United States District Court
for the Northern District of Texas
(6:94-CV-070-C)
_____
November 27, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Jaime Dominguez, Texas prisoner # 737470, appeals the district
court's order striking his supplemental complaint in his 42 U.S.C.
§ 1983 action.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

This court must determine if it has appellate jurisdiction on its own motion, if necessary. Williams v. Brown & Root, Inc., 828 F.2d 325, 327 (5th Cir. 1987). The district court's order striking Dominguez's supplemental complaint is not an appealable final order, has not been properly certified as final by the district court, is not an appealable interlocutory order, and is not appealable under the collateral order doctrine. See EEOC v. Kerrville Bus Co., 925 F.2d 129, 134 (5th Cir. 1991); Dardar v. Lafourche Realty Co., 849 F.2d 955, 957 (5th Cir. 1988). Accordingly, Dominguez's appeal of the order striking his supplemental complaint must be dismissed for lack of jurisdiction. Dominguez appeals but does not brief the district court's denial of his motion for appointment of counsel. Because Dominguez fails to brief this issue, it is deemed abandoned on appeal. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

APPEAL DISMISSED.